**NICHOLSON et al. v. BINION, Sheriff, et al.**

No. 7498—Opinion Filed June 27, 1916.

(158 Pac. 894.)

**Appeal and Error—Liabilities on Bonds—Judgment.**

By virtue of chapter 249, Laws 1915, where a supersedeas bond has been filed to stay execution on a judgment pending appeal, and the appeal is decided adversely to plaintiff in error, upon proper motion of defendant in error judgment will be rendered here against the sureties upon such bond.

(Syllabus by Hooker, C.)

Error from District Court, Oklahoma County; J. W. Hayson, Judge.

Action by Ethel Nicholson and another against M. C. Binion, as Sheriff of Oklahoma County, and others. From a judgment for defendants, plaintiffs bring error. Motion for

judgment on the supersedeas bond of plaintiffs in error granted.

See, also, ante, p. 113.

Choate & Choate, for plaintiffs in error.

Bennett & Pope, for defendants in error.

Opinion by HOOKER, C. The defendant in error McAdams & Haskell on the 14th day of March, 1914, recovered a judgment against one Ethel Clopton Scott for the sum of $116.01, and for the further sum of $25 attorney's fees, with 6 per cent. interest thereon until paid and costs of said suit. Execution was issued upon said judgment and levied by M. C. Binion, sheriff of Oklahoma county, upon certain property of the said Scott. Whereupon she, having in the meantime married P. J. Nicholson, joined by her husband, instituted this action to restrain a sale thereof. Judgment being rendered against her in the lower court, she appealed to this court and executed a supersedeas bond with I. B. Levy and H. W. Pentecost as her sureties, which bond was duly approved and filed. The appeal here having been decided adversely to her and a motion having been made for judgment against the sureties on said bond, it is therefore ordered by this court under the authority of Werline v. Aldred, 57 Okla. 397, 158 Pac. 893, and authorities there cited, that said motion be sustained; and judgment is therefore entered against I. B. Levy and H. W. Pentecost in the sum of $116.01, with 6 per cent. interest thereon from April 14, 1914, and for the further sum of $25, with like interest from said date.

By the Court: It is so ordered.